MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY INSURANCE COMPANY et al., Respondents, et al., Defendants.

Decided December 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.

In the Matter of DAKOTA F., Alleged to be the Child of a Mentally Ill or Mentally Retarded Parent. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ANGELA F., Respondent. (Proceeding No. 1.)

In the Matter of DESIREA F., Alleged to be the Child of a Mentally Ill or Mentally Retarded Parent. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ANGELA F., Respondent. (Proceeding No. 2.)

Submitted December 2, 2013; decided December 12, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

GRAND PACIFIC FINANCE CORP., Respondent, v ALEXANDER ASHKENAZI et al., Defendants. AMIT LOUZON, Nonparty Appellant.

Submitted December 2, 2013; decided December 12, 2013

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.